IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**CHARLES R. MCCALLISTER**                                                     **PLAINTIFF**

**V.**                                 **NO. 06-6037**

**MARTEN TRANSPORT, LTD.**
**AND ALTON D. SPIGHT**                                                    **DEFENDANTS**

## STATEMENT OF UNDISPUTED FACTS

1.     Alton Spight fired a pistol into the cab of a tractor trailer as it was passing a tractor trailer he was driving on Interstate 30 in Hot Spring County, Arkansas.

2.     A bullet from the pistol fired by Spight struck Plaintiff.

3.     Defendant Spight was convicted of first degree battery, under Ark.Code Ann. § 5-13-201(a)(8)), by the Circuit Court of Hot Spring County for shooting the Plaintiff.

4.     The statute provides that a person is guilty of first-degree battery if, "[w]ith the purpose of causing physical injury to another person, the person causes physical injury to any person by means of a firearm."

4.     Spight appealed his conviction and the conviction was affirmed by the Arkansas Court of Appeals on March 5, 2008

                                                      Respectfully submitted,

                                                      **EUBANKS, BAKER & SCHULZE, LLP**
                                                      303 President Clinton Ave, Suite D
                                                      Little Rock, Arkansas 72201
                                                      (501) 537-1000

                                                      By: /s/ _____
                                                         Darryl E. Baker             #78008

CERTIFICATE OF SERVICE

      I, Darryl E. Baker, do hereby certify that a true copy of the above has been furnished to the defendant(s) by mailing a copy of same to the Attorney(s) as listed below on this 27th day of August, 2008, by

(X )regular mail  ( ) certified mail  ( ) hand delivery  ( ) facsimile  (X) email

                    /s/_____
                    Darryl E. Baker

To:

Gregory Crain, Bar No. 99049
Attorney for Alton D. Spight
309 West Third Avenue
Malvern, AR 72104
501/332-4300
grcrain@swbell.net