```
          IN THE DISTRICT COURT OF WESTERN DISTRICT OF ARKANSAS
                              CIVIL DIVISION

CHARLES MCCALLISTER                                          PLAINTIFF

VS                              CV-06-6037

MARTEN TRANSPORT, LTD.
ALTON SPIGHT                                                 DEFENDANT
```

RESOPNSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT

    Defendant, Alton Spight, denies that Plaintiff is entitled to summary judgment.  The material fact at issue is whether Plaintiff was engaged in an attempt to rob defendant at the time of the incident.

    Wherefore, Defendant prays that this Court deny Plaintiff s Motion for Partial Summary Judgment.

```
                                    Respectfully submitted,

                                    Alton Spight


                                    /s/ Gregory Crain
                                    Gregory Crain (99049)
                                    Attorney at Law
                                    309 West Third Street
                                    Malvern, AR 72104
                                    Phone #: 501-332-4300
                                    Fax #: 501-332-4332
```

CERTIFICATE OF SERVICE

    I, Gregory Crain, do hereby certify that I have served a copy of the foregoing Motion for Continuance on the Plaintiff by hand delivering, faxing, or mailing a copy, postage prepaid, to Darryl E. Baker, Eubanks, Baker & Schulze, 620 West Third Street, Suite 100, Little Rock, AR 72201, on this 6th day of September, 2008.

```
                                    /s/ Gregory Crain
                                    Gregory Crain
```