```
          IN THE DISTRICT COURT OF WESTERN DISTRICT OF ARKANSAS
                              CIVIL DIVISION
```

CHARLES MCCALLISTER                                          PLAINTIFF

VS                              CV-06-6037

MARTEN TRANSPORT, LTD.
ALTON SPIGHT                                                 DEFENDANT

                        STATEMENT OF DISPUTED FACTS

a. Alton Spight maintains Charles McCalister was attempting to rob him at the time of the incident.

b. Charles McCallister s truck had passed Alton Spight s truck, then proceeded to drop back with another truck blocking the road at the time of the incident.

                                    Respectfully submitted,

                                    Alton Spight


                                    /s/ Gregory Crain
                                    Gregory Crain (99049)
                                    Attorney at Law
                                    309 West Third Street
                                    Malvern, AR 72104
                                    Phone #: 501-332-4300
                                    Fax #: 501-332-4332


                            CERTIFICATE OF SERVICE

    I, Gregory Crain, do hereby certify that I have served a copy of the foregoing Motion for Continuance on the Plaintiff by hand delivering, faxing, or mailing a copy, postage prepaid, to Darryl E. Baker, Eubanks, Baker & Schulze, 620 West Third Street, Suite 100, Little Rock, AR 72201, on this 6th day of September, 2008.

                                    /s/ Gregory Crain
                                    Gregory Crain